IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| GREGORY BUTLER, DARRAN BULTER, JAMES ROBERTS, and D'ANDRE PRESTON | CRIMINAL No. PWG-19-137 |
| **Defendants** | |

**GOVERNEMNT'S EXHIBIT LIST FOR CONSOLIDATED RESPONSE IN OPPOSITION TO DEFENDANTS' PRETRIAL MOTIONS[1]**

| EXHIBIT # | DESCRIPTION |
|---|---|
| 1 | TT 1 and 2 Wire Documents (Oct. 1, 2018) |
| 2 | TT 1, 2, 4, and 5 Affidavit (Oct. 26, 2018) |
| 3 | TT 1, 2, 4, and 8 Affidavit (Nov. 16, 2018) |
| 4 | TT 1, 2, 4 Affidavit (Dec. 14, 2018) |
| 5 | TT 1, 2, 4, 12, and 13 Affidavit (Jan. 11, 2019) |
| 6 | TT 1, 2, 4, and 15 Affidavit (Feb. 8, 2019) |
| 7 | TT 1, 4, and 19 Affidavit (Mar. 7, 2019) |
| 8 | TT 11 and 14 Affidavit (Jan. 25, 2019) |
| 9 | TT 9, 16, and 17 Affidavit (Feb. 11, 2019) |
| 10 | TT 16, 20, and 21 Affidavit (Mar.13, 2019) |
| 11 | TT 1 and 2 Minimization Memorandum |
| 12 | Court Report |
| 13 | Search Warrant (Multi-Location) |
| 14 | Search Warrant Eli Avenue |
| 15 | Search Warrant 2830 The Alameda |
| 16(A-F) | Search Warrant CSLI (G. Butler) |
| 17 | Search Warrant CSLI (D. Butler) |
| 18 | Search Warrant CSLI (Preston) |
| 19 | Search Warrant Instagram (D. Butler) |
| 20 | Search Warrant Instagram (Preston) |
| 21 | Search Warrant Cell Phone (Preston) |
| 22 | Arrest Warrant VOP (Preston) |
| 23 | Arrest Warrant Federal Criminal Complaint (Preston) |

---

[1] The Government files this list of exhibits and incorporates them by reference to its responsive pleading. Some of these documents are over one hundred pages in length and have been previously provided to defense counsel through the discovery process. Aside from the size of the documents, many contain information regarding uncharged individuals and events that remain under investigation. The Government does not intend to file the actual documents on the public docket unless requested by the Court. The Government will make these documents available to counsel and the Court through a file transfer system by Tuesday, September 6, 2022. Should the Court require the actual documents to be filed via CM/ECF, the Government will seek leave to seal the Exhibits prior to filing.